This document contains some pages that are of poor quality at the time of imaging.

Criminal Complaint
By Ralph-Kenneth pursuant to 28 USC 1746 (1)
And James 5: 12 Holy Bible so as not to fall into condemnation.
This 14ᵗʰ day of August 2015

FILED
AUG 14 2015
Grand Saline Municipal Court

This Complaint is brought by me Pursuant to: Tax Citations 5949, 5960 and 08907 still pinioning in the Corporation's of Grand Saline Texas Court and in the denial of my right to Petition for the right of Writ of Habeas of Corpus Case WR-75,351-02(denied) in the "Criminal Appeals Court of Texas" which never can be suspended in Texas pursuant to "Bill of Rights" and pursuant to this State aka UNITED STATES law.

Texas Tax Code - Section 151.004.

SEC 151.004. "IN THIS STATE". "In this state" means within the **exterior** limits of Texas and includes all territory within these limits ceded to or owned by the United States. Acts 1981, 67th Leg., p. 1545, ch. 389, § 1, eff. Jan. 1, 1982. and pursuant to:

UNITED STATES CODE
TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 13 - CIVIL RIGHTS

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 24 2015
Abel Acosta, Clerk

§ 241. Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.


§ 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than

are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

This Complaint is for violation of the above codes 18 USC 241 and 242.

Against the two attorney prosecutors the prosecutor bar card attorney Judge of the Corporation of Grand Saline Texas, policy enforcement officer Jason Burns, Mayor and city counsel and others unknown to me at the Van Zandt County jail including sheriff that kidnapped me and took away my liberty without any order for two days, placed me in jail in Canton Texas without any order or due process for excising my right to travel upon the right-of ways of "the State of Texas" without a drivers license which does not exist in "the State of Texas" per case law and statues.

I was again sent a Summon to appear in the matter styled as THE STATE OF TEXAS an artificial ultra vires Corporation not "the State of Texas" of the people VS EVANS RALPH some corporate artificial person unknown to me who is a CORPORATE creation without a soul.

It is evident that this is fraud, extortion, deceit and lie a craft they learned from their father Satan. Moving without Jurisdiction, venue, Grand Jury indictment; contract or certification as required by law. The commercial Court and its officers have refused to disclose to me any law that would require me to have a license when exercising my right to ingress and regress (travel) in any state of the union there being no record of me hauling passengers or goods for hire that would place me under the jurisdiction of any commercial court of **this State** or "the State of Texas" making them all of them guilty of acts of treason pursuant to case law.

I declare I am NOT this corporate artificial dead person EVANS RALPH or nor am I security for it and I am not a license attorney that can act on its behalf. I can only give witness to the facts of this matter.

Fact I will not sign any card or license issued by the Texas DPS Corporation claiming I am a creation of this state under the penalty of Perjury and deny God Creator.

Fact There is no proof that I am a vessel/citizen of this State that would place me under the jurisdiction of this state the UNITED STATES aka District of Columbia.

Fact there no extradition orders extraditing me from "the State of Texas" to this State.

Fact there is no bond on the record to indentify me for damage to me as required by law.

Fact there is no contract with me in evidence. None exist.

Fact Jason Burns has and did criminal convert my true identity (see the Probate court order of the State of Georgia identifying me as Ralph-Kenneth Evans a non-resident) and has made the false claim that I am the corporate artificial dead person EVANS RALPH a resident of this State to extract Satanic funds (tax fine)FEDERAL RESERVE NOTES which is not lawful money in "the State of Texas" from me.

Fact on May 2nd 2015 Jason Burns did Kidnap me by force of arms and hold me in involuntary servitude with the aid of the Van Zandt Sheriff in the Sheriff's and agents Jail without any authority or order there being a judge present at the jail at the time he stole my body with me in it. Man stealing.

The sheriff agents took custody of me and placed in jail I ask 3 times to talk with the person in charge I was in pain my back is in bad shape it is so bad I am not completely able to function without pain when standing and walking placing me among the disable population (proof by my medical history). Bill Clinton when he was president issue an order stating that disable people couldn't function in commerce leaving me without remedy for justice in this state's commercial courts. My only remedy is in the 7th amendment court that has been closed by the Texas legislators and the license commercial attorneys both Ultra vires Corporations.

Fact Jason Burns did make a terrorist threat by mouth that every time I traveled into "his Town" without a Drivers license he was going to arrest me when no such license exist in the "State of Texas" pursuant to case law and the State of Texas Vernon' code making Burns acts, acts of official oppression, restraint of my right to travel and abuse of license privileges which is in land piracy and treason.

I declare I am an (inhabitant) State Citizen of "the State of Texas" and not of this State aka UNITED STATES, District of Columbia.

I have no legal disabilities that would bar me from the right to a 7th amendment trial

Fact The commercial license Bar card Attorneys in the bar and on the bench criminally convert me from Ralph-Kenneth a man living soul (not an animal) a Citizen of one of the several States united at present 'the State of Texas" to a State created deceptive similar named dead person EVANS RALPH to **a this State resident citizen**. Making false claim that they have jurisdiction, that's fraud and that violates even my Citizenship Rights. These Commercial license attorneys in the bar and on the bench have been and are regularly and on going, taking my life liberty and property for their own self enrichments by acts of treason without jurisdiction.

Fact so for the Governor and the Texas House and Senate have failed to uphold the laws in violation of their oath to do so.

Now again I bring this matter before the House and Senate and remind you of the law you swore to uphold.

Texas "Bill of Rights" Art.1 Sec.13.

All courts shall be open, and every person for an injury done him, in his lands, goods, person or reputation, shall have remedy by **due course of law**. (not Codes Rules and Regulations)

Sec. 15. RIGHT OF TRIAL BY JURY. The right of **trial by jury shall remain inviolate**. The Legislature shall pass such laws as may be needed to regulate the same, and to maintain its purity and efficiency.

Sec. 18. IMPRISONMENT FOR DEBT. No person shall ever be imprisoned for debt.

Sec. 19. DEPRIVATION OF LIFE, LIBERTY, ETC.; DUE COURSE OF LAW. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land.

Sec. 29. PROVISIONS OF BILL OF RIGHTS EXCEPTED FROM POWERS OF GOVERNMENT; TO **FOREVER REMAIN INVIOLATE**. To guard against transgressions of the high powers herein delegated, we declare that everything in this "Bill of Rights" is excepted out of the general powers of government, and **shall forever remain** inviolate, and all laws contrary thereto, or to the following provisions, shall be void.

**United States Supreme Court**
**BENNETT v. BUTTERWORTH, (1850)**
**Argued:      Decided: December 1, 1850**
Mr. Chief Justice TANEY delivered the opinion of the court.

This is a writ of error to the District Court of the United States for the District of Texas.

The common law has been adopted in Texas, but the forms and rules of pleading in common law cases have been abolished, and the parties are at liberty to set out their respective claims and defences in any form that will bring them before the court. And as there is no distinction in its courts between cases at law and equity, it has been insisted in this case, on behalf of the defendant in error, that this court may regard the plaintiff's petition either as a declaration at law or as a bill in equity. Texas Tax Code - Section 151.004. § 151.004.

"IN THIS STATE". "In this state" means within **the exterior** limits of Texas and includes all territory within these limits ceded to or owned by the United States.                      Acts 1981, 67th Leg., p. 1545, ch. 389, § 1, eff. Jan. 1, 1982.

What say ye legislators are you going to uphold the law or refuse me the right to a 7th amendment trial or as usual allow the Commercial Bar attorneys to continue to violate my rights without jurisdiction and by acts of treason.

Mark _Ralph-Kenneth : Bann_ non-resident      Raised seal:
All responses shall be **exact and certain** only to:
171 Private Road 5710
Hold for (Ralph-Kenneth)
Grand Saline, Texas near (75140)

Second Criminal Complaint
By Ralph-Kenneth pursuant to 28 USC 1746 (1)
and James 5:12 Holy Bible so as not to fall into condemnation.

This *14th* day of August 2015

This Complaint is brought by me Pursuant to: Tax Citations 5949, 5960 and 08907 still pinioning in the Corporation's of Grand Saline Texas Court and in the denial of my right to Petition for the right of Writ of Habeas of Corpus (denied) in the Criminal Appeals Court of 'the State of Texas" which never can be suspended Texas "Bill of Rights" and pursuant to this State aka UNITED STATES law.

I declare that the Legislators of this state in acted a Bill creating a corporation known as the State Bar of Texas (unregistered with the secretary in "the State of Texas" to do business or to act in any capacity in "the State of Texas") making all the members a license officer of the Courts of this state. The officers of the courts of this state are using Texas Rules of Civil procedure 52 to extradite/drag the living people of "the State of Texas" into their corporate courts in this state, allege they are a corporation by criminal converting their upper and lower case name to an all capital letter name making them corporation of this state so they can extort the people's life liberty and property for their own self enrichment denying the people the right to trial pursuant to the 7th amendment. A corporation is anon-living entity without life or soul or rights or any protection by the laws of "the State of Texas". Therefore making the people upon the land of "the State of Texas" anon-living entity without life or soul or rights or any protection by the laws of "the State of Texas" Changing the people to the non-living is murder and doing it to the people of the whole nation of "the State of Texas" is Genocide.
The legislators of this state have created agencies of this State that are using the members of the bar and same procedures to extort the people's life liberty and property for their own self enrichment through taxes.

VERNON'S TEXAS RULES ANNOTATED
TEXAS RULES OF CIVIL PROCEDURE
PART II. RULES OF PRACTICE IN DISTRICT AND COUNTY COURTS
SECTION 4. PLEADING
A. GENERAL
Current with amendments received through 2/15/01
Rule 52. Alleging a Corporation
An allegation that a corporation is incorporated shall be taken as true, unless denied by the affidavit of the adverse party, his agent

or attorney, whether such corporation is a public or private corporation and however created.

# Texas Tax Code - Section 151.004. § 151.004.

"IN THIS STATE". "In this state" means within **the exterior** limits of Texas and includes all territory within these limits ceded to or owned by the United States.
Acts 1981, 67th Leg., p. 1545, ch. 389, § 1, eff. Jan. 1, 1982.

It is time to close down this state and all its agencies including the Bar and the legislators.

The definition of the "United States" is limited to its territories:
1) The District of Columbia
2) Commonwealth of Puerto Rico
3) U.S. Virgin Islands
4) Guam
5) American Samoa
6) Northern Mariana Islands
7) Trust Territory of the Pacific Islands
8) Military bases within the several states
9) Federal agencies within the several states
**It does not include the 50 Union states, as is confirmed by the following cite:**

"We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases United States vs. Cruikshank, 92 U.S. 542 (1875).

It is time to close down this state and all its agencies including the Bar and the legislators.

By me,

Mark _Ralph-Kenneth: Gann_ non-resident
All responses shall be **exact and certain** only to:
171 Private Road 5710
Hold for (Ralph-Kenneth)
Grand Saline, Texas near (75140)

Raised seal:

Citizen Ralph K. Evans    Surrender by Registered Mail# _'_ C4C - 496 - 860
Rowlett, Texas
Non-Resident/Domestic   Delivery
C/O 3424 Mallard Park
Rowlett, TEXAS
U.S.A.

FILED
AUG 17 2015
Grand Saline Municipal Court

Department of Health and Human Services
Social Security Administration
Commissioner
6401 Security Boulevard
Baltimore, MD 21235

Associate General Counsel, Social Security
Security Administration
6401 Security Boulevard
Baltimore, MD 21235

PUBLIC NOTICE DIRECTIVE TO: U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
SECRETARY
AND
SOCIAL SECURITY ADMINISTRATION
COMMISSIONER

# SURRENDER OF SOCIAL SECURITY CARD AND USE OF REGISTRATION NUMBER
## PUBLIC NOTICE OF SURRENDER BY AFFIDAVIT
"De plactio transgressionis"

Texas State Rpublic    )
                       )      Subscribed  Sworn  Sealed
Dallas County          )

### PREAMBLE

Now comes, Private Citizen Ralph K. Evans the undersigned affiant and judicial Power jus sanguinis Citizen of one of the American Republics, being a Georgia native natural born adult male, living on the Land within the boundaries of Dallas County, Texas State Republic, as a judicial Power Georgia State Citizen, and as such has been for (56) years, hereby make this Limited Appearance, by Affidavit, in Propria Persona, proceeding in summo jure, in Law, at Common Law, conferring nor consenting to any foreign jurisdiction, except to the de jure judicial Power of Texas or the several united States (Republics) of America, and as such willfully enforces all Constitutional Limitations and Prohibitions respectively on all state, federal and international government agencies or subdivisions, quasi or not, when interacting or dealing with them. Therefore, let it be known that the undersigned, is not a United States Government (Federal), or State Employer or Employee nor an Officer or employee of a corporation of the "United States" or a "State", nor a resident(alien) of Texas, nor a "citizen or (and) resident of the United States", nor have I ever been, and therefore proceeds with reservation and without prejudice. Wherefore the undersigned affiant named herein being duly sworn and upon oath under the penalty of perjury declares, evidences and deposes as such for the following course of action;

### AFFIDAVIT  AMENDMENT  PROTECTION  CLAUSE

I, the undersigned sovereign private State Citizen, (in summo jure) in order to protect my unalienable rights to life, liberty and (juris privati) property, inclusive of my right to the proper in rem and in personam jurisdictional status, state that I have been forced to amend certain documents, instruments and affidavits due to the continued revelation and increased discovery of the undersigned's mistakes of Law in part due to continuous acts, past and present, of misrepresentation, a withholding of material facts and undue influence upon the undersigned by the de facto governments and ultra virus agencies, both state and federal, and therefore I declare that I am free to amend, as a matter of (jus regium) right, for I can not be held liable for acts, errors or omissions by governments which are out of my control, and which would may constitute fraud, de facto or ultra vires operation, in one form or another, against this Private Citizen by such said governmental

Surrender of Social Security Card & Number, Page 1 of 8

agencies/bodies. Therefore, I proceed at all times "with reservation and without prejudice" to any of my unalienable rights, inclusive of my absolute right to a "due process proceeding" under the respective judicial Power, either from the Texas State or of the Union of the 50 American Republics, united by the Constitution for the united States of America; and further

I, Ralph K. Evans, the undersigned, a Human male, Private Georgia Citizen, and thereby in one the several American Republics, being first duly sworn, deposes, and says:

1.      That I am competent to testify and have standing capacity to act as to the lawful matters herein; and further,

2.      That I have personal, executive, recorded and documented knowledge of my status/state and the facts and evidence stated herein for justification of my course of action; and further,

3.      That under the rules of evidence, all tangible evidence, facts, presumptions, or law stated herein or attached records, are not hearsay, but true and correct and as such are admissible as real evidence of actions in fraud, concealment, withholding of material facts, undue influence, threat, coercion, sedition or treason, breach of public trust, and breach of Oath of Office, and as such if not rebutted accordingly to the maxim of law, "he who remains silent consents" remain "res judicata" by default and failure to answer. This subject matter of fraud in factum or otherwise is being evidenced through-out the pages of this confirmatory document and instrument per cause and material issue as hereinafter more fully appears, and if not rebutted in complete entirety with contrary tangible evidence of fact and law, will by the rules of evidence then stand as real evidence against the identified perpetrators as herein proof of fraud or moreover materializes; and further,

4.      That currently I am not a member or participant in either the Armed Forces of the United States or military service, or that of any other nation, country or republic. That I am not nor have I ever been a state or federal employer and or employee; and further,

5.      That I, Private Citizen Ralph K. Evans, am of lawful age and competent; and as such a native, natural born Free judicial Power Georgia Citizen, and thereby in one of the 50 united States, and therefore by right of heritage, (jus sanguinis) descending from my Family who has been in Georgia since the 1800's, I am a judicial Private Georgia Citizen, and by birth protected by the Northwest Ordinance of 1787, the original Constitution of Texas (1845), the Articles of Confederation of 1777, the Constitution for the united States of America (1789), including its Preamble and the Bill of Rights (1791); and therefore retains the unalienable rights granted by God, as found in the positive law embodied in the Declaration of Independence of 1776, binding rights upon myself and my posterity, this day and for all time; and further,

Wherefore and exclusively I shall not waive my right to Private Property, for as such rights are found as secured rights within Article I. Sec. 19. "life, liberty, and property" in the Constitution for the State of Texas (1845) and also secured under the protection of Article IV. Sec. 2. Cl. 1. "Citizens of the several States", and the Fourth, Fifth and Sixth Articles of Amendment to the original Constitution for the united States of America; and further,

I have read the following Hearings, Revenue Rulings, Federal Court Cases and Federal IRC Regulations:

"Analysis of the Social Security System, Hearings before a Subcommittee of the Committee on Ways and Means, House of Representatives, Eighty-Third Congress, First Session on The Legal Status of OASI Benefits, November 27, 1953." 250 pages of fraud and concealment by Social Security Board now named SSA.

Title 26, Code section 3121(e) Definitions and the Federal Regulations;

State, United States, and citizen.
For purposes of this chapter –
(1) State. The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.

(2) United Sates. The term "United States" when used in a geographical sense includes the Commonwealth of Puerto rico, the Virgin Islands, Guam, and american Samoa.

26 CFR 36.3121(L)(1)-1,
Agreements entered into by domestic corporations with respect to foreign subsidiaries.

Social security coverage extended to individuals employed by a foreign subsidiary of a domestic corporation pursuant to an agreement under section 3121(l) of the Federal Insurance Contributions Act is limited to United States citizens. Accordingly, such coverage ceases on the date that such an employee becomes a citizen of another country. Amounts paid under the agreement with respect to coverage of such individual prior to the date on which he became a citizen of another country are not refundable.

## Title 31 USCS §1309 SOCIAL SECURITY TAX

Amounts made available for the compensation of officers and employees of the United States Government may be used to pay taxes imposed on an agency as an employer under chapter 21 of the Internal Revenue Code of 1954 (26 U.S.C. 3101 et seq.) [26 USCS §§ 3101 et seq.] (Sept. 13; 1982, P.L. 97-258, § 1, 96 Stat. 919.)

Brookens v. United States, 627 F.2d 494 at 497 note 2; Executive Order 9397 of November 22, 1943 provided:

## NUMBERING SYSTEM FOR FEDERAL ACCOUNTS RELATING TO INDIVIDUAL PERSONS

"Whereas certain Federal agencies from time to time require in the administration of their activities a system of numerical identification of accounts of individual persons; and
Whereas some seventy million persons have heretofore been assigned account numbers pursuant to the Social Security Act; and
Whereas a large percentage of Federal employees have already been assigned account numbers pursuant to the Social Security Act, et seq."

"Congress included in the original Act (Social Security) and has since retained, a clause reserving to it the right to alter, amend or repeal any provision of the act 1104, 49 Stat. 648 42 USC 1304. Fleming v. Nestor 363 US 603.

"Social Security is not an accrued property right". Stewart Machine Company v. Davis 301 US 548.

IRC 26 CFR sec. 301.6109-1 (g) Identifying numbers.

"Nonresident alien exclusion. This section shall not apply to nonresident aliens, foreign corporations, foreign partnerships, or foreign private foundations that do not have income effectively connected with the conduct of a trade or business within the United States and do not have an office or place of business in the United States."
See "Trade or Business" 26 IRC sec. 864 (b),(1)&(A) for proof!

### COMPLAINT AND DECLARATION OF FRAUD
### "INCULPATORY EVIDENCE OF DOLUS OR INTENT TO DEFRAUD"

"Qui vi raput, fur improbior esse videtur"

Evidence of Fraud, Withholding of Material Facts, Deception, Misinformation.

6.     That the Social Security Administration personally attaches this non-state or federal employee, Private State Citizen to a regional jurisdiction by sub rosa agreement and subjects me to your foreign collection agent the Internal Revenue Service and a United States court of regional jurisdiction, under strict liability statutory power. Also, Social Security is administered by an unauthorized contract with out my consent within a regional venue with districts, not sovereign de jure States, therefore there has been a false government created transition of my personam, from State sovereignty to a regional foreign territorialism under the unauthorized federal regional jurisdiction of the "United States"/District of Columbia; and further,

7.     They, the Social Security Administration, did not inform this Private State Citizen, Ralph K. Evans , that. I would be defined as an artificial "person" by agreement and statute (Title XI Sec. 1101 [a] [3] S.S. Act 1935); and thus I would become a "person" who only had privileges and immunities and no organic Constitutional secured rights to my life, liberty and property, also see Section 1101. (a) When used in this Act-"(3) The term "person" means an individual, a trust or estate, a Partnership, or a corporation." Social Security Act, 49 Stat 620 at 647 (1935); and further,

8.     They, the Social Security Administration, did not inform this Affiant that Social Security registration was not mandatory for a Private Citizen of Georgia     and would reform the geographical area of the United States into Regions, and Districts within regions, not States, repealing all State boundaries and creating a fourth branch of government, not authorized, pursuant to the Supremacy Clause. (Title XI Sec. 1101 [a] [2] S.S. Act 1935) also pursuant to your Title 42, Sec. 405 and 410 "State Agreement"; the term State is not defined and the State of Texas, you have no jurisdiction to involve my State of . Texas     in this fraud; and further,

9.     They, the Social Security Administration, did not inform this Affiant that I would become a subject of the District of Columbia (Title XI Sec. 1101 [a] [1] S.S. Act 1935) nor did they instruct me that as a infant I could not enter into such an agreement nor did they inform me that the Social Security Application was limited to United States citizens, which I was not. Further the application had a perjury clause for those who are within the United States which I was not, pursuant to Title 28, Sec. 1746 (2), yet outside, as a Private Citizen of Georgia     and further,

10.     They, the Social Security Administration, did not inform this Affiant of the Communist like socialist Doctrine of the scheme of social insurance and how this form of insurance is totally opposite of other schemes of private insurance; and further,

11.     They, the Social Security Administration, did not inform this Affiant that I would not be able to personally enforce the Bill of Rights against the legislation of the United States Congress; and further,

12.     They, the Social Security Administration, did not inform this Affiant that they were scheming to abolish the Statute of 1776 (Declaration of Independence) and reduce the people to slavery, via monetary socialism by dictatorship in the United States; and further,

13.     They, the Social Security Administration, did not inform this Affiant that the definitions in the Social Security Act did not conform to definitions in standard dictionaries; and, they used a public office and place of trust and a superiority of knowledge to deceive this Affiant into joining. After careful examination of the Social Security Act, 74th Congress, Session I, Ch. 531, August 14, 1935, page 636, Section 702, Duties of Social Security Board, the term "Social Insurance" is used. "Social Insurance is defined in Black's Law Dictionary as "a comprehensive welfare plan established by law, generally compulsory in nature, and based on a program which spreads the cost of benefits among the entire population rather that on individual recipients. The federal government began to use depreciating insurance programs to raise revenue for international operations in 1935, with the passage of the Social Security Act. The basic federal and state approaches to social insurance presently in use are: Old Age, Survivors, and Disability Insurance (i.e. Social Security); Medicare and Medicaid; unemployment insurance; and worker's compensation." Black's Law Dict. 5ED. 2 724; and further,

Further, in 1938 in Ashwander v. T.V.A., 297 U.S. 288, 346, 56 S.Ct. 466, 482, 80 L.Ed. 688, according to the Ashwander court, "anyone who partakes of the benefits or privileges of a given statute, or anyone who even places himself into a position where he may avail himself of those benefits at will, cannot reach constitutional grounds to redress grievances in the courts against the given statute."

14.     They, the Social Security Administration, did not inform this Affiant when people, as State Citizens, accepted Social Security they also accepted its definition of "person," and they too, then, are taxed like the privileged Federal Employee's with state residence (Federal) through the personal income tax, state and federal. The people of the States were deceived by this act because the government violated the Preamble and the law of God. The government allowed the Constitution to be altered outside the bounds of the Preamble (Amendments 13-26) and thus the State Citizens fell victim to government over man instead of man over government; and further,

15.     Social Security (FICA) is a voluntary and mandatory social insurance policy which, by submission, suborns this Affiant, an otherwise Free, Natural, Private Georgia Citizen, into the Federal corporate membership and jurisdiction same said as a Federal Employee or Officer, that has been created within regional concepts,

and not under the authority of the United States Constitution,- to divest the posterity of their birthright in the Statute of 1776 (The Declaration of Independence) and to reduce the posterity to mere subjects of the United States Government, in order to raise revenue for the cause of the National Bankruptcy and New World Order, and, thereby, reduce the sovereignty of the several 50 States to no affect, as districts, in a scheme of centralized/international government through the national socialist scheme of the Social Security Act; and further,

16. The Social Security scheme (FICA) is a stealthy encroachment on, and an easy way, vie of government controlled media blitz propaganda, to circumvent, the limitation(s) and guarantee(s), provided by "We the people," against singular centralized, international government, specifically, but not limited to, the limitations and guarantees against abridgment and subornation of my Inalienable and Unalienable Rights granted by God, as expressed and asserted in the original Constitution for Texas, the Declaration of Independence (1776), as set out in the original Constitution for the United States of America (1787) and its Bill of Rights (1791), and, as earlier expressed and asserted in the Declaration and Resolves of The First Continental Congress (1774); and further,

17. Participation in Social Security, a social insurance policy, and the agency (power of attorney) scheme thereunder, is an attempt by creatures of the government, or coparties, to compel me into a joint venture, with regional (interstate and international) statutory implications, of an intragovernmental nature, in the unauthorized jurisdiction(s) that now exist by the United States Government, codified pursuant to declaratory Amendments not authorized for Private Citizens of the States, in the Constitution for the United States of America; and further,

18. Only as an adult and not a infant, and by my informed consent, with full disclosure, can the government exercise an unauthorized intragovernmental authority over me, in the jurisdiction(s) of the "United States Government", outside the limitations of the original Constitution (1787) and the Bill of Rights (1791); and further,

19. All power (right) belongs within me, to accept or deny control, in areas of law which are not within the jurisdiction of the organic Constitution for the united States of America (1787) and the Constitutions for the several States of the Union, that could pertain, or attempt to pertain, to me, as one of " We the People" of the several States, found in the Preamble to the Constitution for the united States of America (1787), which power (right) is protected by the limitations and prohibitions set out in the 9th and 10th Articles in Amendment to the Organic Constitution [Bill of Rights (1791)]; and further,

20. I was deceived, as an infant via media generated, undue influence and government nondisclosure, due to a withholding of material fact, therefore believing I was required, or could be required, to obtain a Social Security account and number in order to exercise my basic rights of Life, Liberty, Property and the Pursuit of Happiness; and further,

21. I, the Affiant found that the application for Social Security Account (SS-5) contains no warning of its servitude implications or conditions, nor does it set forth that it is for Federal Employees, meaning that the "SS-5 Application" does not define the term -"United States citizen" as that of the "Federal Employee or Officer" working for the United States Government, or those who live in federal areas under the control of Congress nor where its servitude implications or conditions might be discovered; and further,

# SURRENDER OF SOCIAL SECURITY CARD AND NUMBER FOR JUST AND GOOD CAUSE

WHEREFORE, formal and actual notice by Affidavit is also given, that I, Private Citizen Ralph K. Evans, hereby SURRENDERS any use of the assigned Security Card and Number 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, my originaly issued card was lost and the replacement is hereby returned, and thereby withdraw and waive all statutory or regulatory benefits and obligations of the aforesaid social insurance scheme; that I absolutely will not use your (Social Security Administration) account established thereunder, identifying numbers or other identifiers, which represent said account, except to repudiate; and, that I will not apply for, receive, collect, or attempt to apply for, receive or collect, any privilege or benefits established under said social insurance scheme, whatsoever; and, that your said numbered account will be treated as though it never had been established (nunc pro tunc) as fully and completely as if same had never been applied for or assigned; and further,

# "ACQUITTANCE AND WITHDRAWAL"
## SURRENDER OF SOCIAL SECURITY NUMBER AND CARD FOR GOOD CAUSE
### CAVEAT AND GRAVAMEN
## CONSTRUCTIVE PUBLIC NOTICE AND TRESPASS WARNING
### "Pro defectu jurisdictionis"

22. That I now, as before, will in all ways, by right, make a special appearance when confronted by your agency or coparties, and therefore challenge, by right, any asserted, in rem, in personam, or subject matter jurisdiction, as to your authority to move an administrative or judicial proceeding against my proper person, as that of a private Georgia Citizen or of the American Republics. My further notice to you, and your agency or coparties, is that I will at all times, by right, assert the maxim of law, "No sanction can be imposed absent proof of jurisdiction," anything less or to the contrary is trespass and sedition to the Constitution and against this private Georgia Citizen, which will be dealt with as such with full force and effect.

23. That I now, with self reliance, as before, will in all ways, by right, control the conduct and affairs of my life, liberty, property and pursuit of happiness (potentiality), outside and not within the scope and purview of the statutes or regulations which control your functions or grant your agency or coparties authority over "persons", for a Private State Citizen is not a "person", equity jurisdiction includes "persons." Therefore your agency, or it's coparties are hereby placed on notice, that if any attempt is made upon this Affiant, by your authority or your agency or it's coparties, that would draw my proper person into an administrative and/or judicial proceeding, you will, prior to any proceeding, evidence any and all documents which you deem to grant you jurisdiction over my proper person. Therefore I am commanding you to make full disclosure of your proof of jurisdiction, proof by real evidence and not prima facia, as such that my proper person is "within the state of the forum" and as such you will evidence a bona fide contract and or agreement, signed by me without fraud or undue influence involved, which purports to grant you, that jurisdiction which you are seeking to establish.

24. That I now, as before, will in all ways, by right, waive no rights, limitations or prohibitions that would grant access to your agency or coparties to therefore take control of my life, liberty, property and pursuit of happiness (potentiality), nor do I, or will I allow my proper person to be extradited to a foreign jurisdiction by a deceptive, sub rosa, fraudulent or forcible means thereby conducted by or under the purported authority of your agency or coparties. Further, any proceeding, less than a full judicial Power proceeding, will be deemed as a willful act of trespass by your agency or coparties upon this Affiant. I at all times past, present or future retain my right to Assistance of Counsel in any or all administrative or judicial proceedings, when confronted by this above named agency or any coparty agencies. I reserve the right to amend, rewrite, or alter if further discovery of fraud surfaces, as rights reserved without prejudice this Affidavit.

25. That I now, as before, will in all ways, by right, object and take exception to your agency or coparties', continued acts of fraud, undue influence, misrepresentation, withholding of material facts, threat, coercion, and denial of proper answers to my questions such as, who is the "person" in the regulations under and for the authority which your agency relies on, in order to enforce its demands, either administratively or judicial. Your denial, along with your misinformation, is deemed, by this affiant, as acts of sedition and therefore treason, this Affiant has his two witnesses who are also State Citizens, who will testify against you and your agency or coparties. Please see Title 50, Sections 751, 752, 753 and 842, for your remedy.

26. Every Act perpetrated by any constitutionally created branch of government, or of the police power while absent jurisdiction; every such act being required to be made unlawfully under forces of arms; and every such act having been made without probable cause; then, every such act is required to have been made as a trespass, and/or other tort upon the Affiant, and shall constitute a case to be pursued against the perpetrator in an Action At Law for the recovery of his damages.

Cohen vs. Virginia, 6 Wheat 264, 5 L.Ed. 257 (1821)
"We [Courts] have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. THE ONE OR THE OTHER WOULD BE TREASON TO THE CONSTITUTION." (Also see: U.S. vs. Will, 449 US 200, 66 L.Ed.2d 392, at pg. 406)

THIS IS SUMMONS AND NOTICE UPON YOU that the "Extents" of the United States, and the state of Texas that is, its Statutes, Codes, and Regulations dealing with residents or citizens of the United States, as contemplated by the 13th, 14th, 15th and 16th Amendments, do not apply to me, as I am a nonresident alien to that citizenship and residency, being a Private Georgia Citizen, living in and on the land of the Texas State Republic, and thereby in one of the several States of the Union, as contemplated by Article IV, Section 2,

Clause 1 of the Constitution for the united States of America.

THIS IS NOTICE UPON YOU that I am not now -- nor have I ever been -- a merchant, or participated as a merchant in any transaction with the "United States" or any other party as a merchant involving the purchase -- by my gift or any other voluntary means -- of me or an interest in me as goods within the meaning of the Uniform Commercial Code or the 13th and 14th Amendments.

THIS IS A GOOD FAITH EFFORT to correct any government quasi, or otherwise created administrative or public record (Title 5 USC Section 552a) which, in any degree, may appear to evidence the contrary; and, to duly notice any party who believes the contrary or wishes to make any claim against me based upon a contrary belief, that you assert that claim by a complaint in the nature of a writ nativo habendo, or declaratory judgement as the law prescribes, and not by distress, i.e., seizure or distraint of my body, labor, liberty or property in things; since, with me, being of the status of liberty, you have not the immunity you are accustomed to enjoying when dealing with those of the status of villeinage or resident.

THIS IS DEMAND UPON the United States, or the state of Texas, and any party in any capacity acting for them, in concert with them, or for which they are acting on behalf of; and, also upon the aforesaid State of which I am a Private Citizen/Principal/Sovereign, and any party in any capacity acting for it, in concert with it, or for which it is acting on behalf of, that you forthwith cease and desist in any an all attempts to enforce your administrative (feudal) commercial equity law jurisdiction against me.

THIS IS A CAVEAT to the United States and the state of Texas in any an all of their capacities, and all parties in any way in concert with the United States, state of Texas, and their agents or assigns, that any attempt to seize or distrain by body, liberty, or property as goods or property belonging to them or to which they purport to have a proprietary interest, will be considered a knowing and wanton trespass for which you have no legal or lawful warrant and have no immunity.

If I do not hear from you within (Title 5 USC Section 552a) Thirty (30) days, or if you fail to address by request, the presumption will be established that you are without authority to issue non judicial Power statutory Summons, Levies, Seizures or charges/fees/taxes or paperwork on myself.

My authority of principle, for making this request is clearly stated in Supreme Court Decisions -- upon which I rely -- among them, the following:

"Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority...and this is so even though as here, the agent himself may have been unaware of the limitations upon his authority." FEDERAL CROP INS. CORP vs. MERRILL. 332 US 380 at 384 (1947; 68 S.Ct 1; 92 L.Ed. 10.

DONE WITH EXPRESS RESERVATION OF ALL OF MY RIGHTS IN COMMON-LAW, EQUITY, AND ALL OTHER JURISDICTIONS OF LAW AND WITHOUT PREJUDICE to any of my rights -- including, but not limited to -- extortion, false arrest, false imprisonment, menacing, duress, fraud in the inducement, fraud in factum, the full capacity to contract, and the full protection of the statute of frauds, in this year of Lord Jesus Christ, the God of nature and our creation.

27.     That I swear under penalty of perjury, under the Laws of the united States of America, pursuant to Title 28, Sec. 1746(1), that the Preamble and Sections 1 through 27 of this Affidavit, are true and correct and so done in good faith as to comply with the Law to the very best of my knowledge; and further,

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, "nunc pro tunc" to the date of my majority, the 13th day of August in the year 1959.

Subscribed, sworn and sealed on this _____1st_____ day of June, 1994.

*Ralph K Evans*

...Ralph K Evans ... Citizen sovereign In special
... appearance ... In Propria Persona ... proceeding
... us juris ... with "without Prejudice" ... any
... my God given secured rights

Jurat Acknowledgment

Texas ... the Republic ;

Dallas ... County ;

... Subscribed, Sworn and Sealed!

... on this 26 day of Oct ... ... ... Ralph K. Evans, being duly sworn, as such
deposed ... and did person ... appear ... ... ... expressing the delivery ... who also ...
in this ... have executed, the foregoing ... ... ... and acknowledged that ... executed
the same under oath as ... ... ... ... in ... Texas in the above ... and State ... County
... ... ... ... ... ... ... ... ... ...
State ... ...

... ... ...

SARA SIMMONS
Notary Public
State Of Texas
My Comm. Exp. Aug. 19, 1998

NOTARY PUBLIC STATE OF TEXAS

IN THE OFFICE OF THE COUNTY CLERK

COUNTY OF DALLAS, STATE OF TEXAS



AUG 1 7 2015     A001     4051 0000000 0013  2:43PM 10/04/

DEED           13.
TOTL      13.0C

Grand Saline Municipal Court

FROM:     Ralph Kenneth Evans
          c/o 3424 Mallard Park
          Rowlett, Texas 75088

TO:     All mere corporate agencies of government claiming a Power of Appointment and/or
        Trusteeship interest in the labor rights or other Property rights of Ralph Kenneth Evans.
        Said mere corporate agencies of government including, but are not limited to: The
        Secretary of State, Washington D.C.; Secretary of State, State of Texas; Governor
        George Bush, State of Texas; the Internal Revenue Service, the Social Security
        Administration, State of Texas taxing agencies; all Counties of the State of Texas taxing
        agencies, all State & County Registrars of Deeds, the Texas Department of
        Transportation; all Federal, State and local Law Enforcement Agencies; all legislative,
        executive and judicial branches of the democracy; all judges and prosecutors and Does
        1 through 10,000.

SUBJECT:  Release of Power of Appointment per VTCA 181.001; 181.002; 181.003; 181.004;
181.051; 181.055; 181.056; and Notice of "Termination of Trusteeship".

## RELEASE OF POWER OF APPOINTMENT AND
## PUBLIC NOTICE OF REVOCATION OF TRUSTEESHIP

I, Ralph Kenneth Evans, now come, sui juris, not a ward or conserved, of lawful age, and
never convicted of any act of moral turpitude. I have personal knowledge of the matters stated
herein, am competent to testify, and I  say  to the truth of the statements herein. I hereby
declare that:

1.      Concerning the Powers of Appointments over labor rights and other property rights of
Ralph Kenneth Evans, in relation to any and all entities claiming a Power of Appointment and/or
Trusteeship interest over the labor rights and other property rights of Ralph Kenneth Evans,
this is Notice to any and all mere corporate agencies of government claiming a Power of
Appointment and/or Trusteeship in the labor rights and other property rights of Ralph Kenneth
Evans.

2.      With specific notice to the secretary of State, Washington D.C. and Secretary of State,
State of Texas concerning Powers of Appointment and/or Trusteeships in or over the labor
rights and other property rights of Ralph Kenneth Evans with other specific notice to the
Internal Revenue Service, the Social Security Administration, the State of Texas taxing
agencies, all counties of the State of Texas taxing agencies, Registrar of Deeds, Texas
Department of Transportation (a division of Motor Vehicle Titles and Registration), all Federal,
State and Local Law Enforcement Agencies, George Bush-Governor State of Texas, the

Page - 1

95193  04268

legislative, executive and judicial branches of the democracy, all judges and prosecutors and Does 1 through 10,000.

## YOU ARE HEREBY PLACED ON PUBLIC NOTICE-
## YOU ARE RELEASED FROM YOUR POWER OF APPOINTMENT AND YOUR TRUSTEESHIP OVER THE PERSON, LABOR & OTHER PROPERTY RIGHTS OF:
## Ralph Kenneth Evans
## TRUSTEESHIPS ARE TERMINATED AND REVOKED AB INITIO

3.     You and/or your agents, using fraudulent inducement, misrepresention of facts and law, threats, intimidation, fear tactics, harassment, lies, theft and concealment of the true nature of contractual arrangements, including consumer fraud, did knowingly, willingly and intelligently defraud Ralph Kenneth Evans of rights to ownership of labor and other property rights.  Those specific contractual relationships Ralph Kenneth Evans was conned into by fraud and misrepresentation include, but are not limited to: (1) Use of a Birth Certificate registered with the Department of Commerce and Department of Health, Education and Welfare, Washington D.C.; (2) Use of the communistic Social Security Ponzi Scheme program; (3) Entrance into a Marriage License Contract with the "State"; (4) Entrance into the Commercial Drivers License; (5) registration of properties acquired lawfully with my labor with various "State entities" (Mere Corporate Entities). (6) Application for and acquisition of other State and Federal offered licensing privileges.

4..     The basis of this termination of trusteeship over my labor and other property rights is your malfeasance of office, your absolute dereliction of duty, and your criminal activity directed at converting the rights to Labor and Property belonging to Ralph Kenneth Evans to the benefit and control of foreign financial powers, foreign to our Constitutional Form of Government, United States of America; and then using that position of "Trust" to threaten, intimidate, and harass Ralph Kenneth Evans into complying with the ten planks of the communist manifesto, the threat being that non-compliance will result in the confiscation of property rights.  You and your agents are not fit to rule for and on behalf of a Free People.  Your Trusteeship is revoked and Terminated ab initio, you are released from your power of Appointment.  Ralph Kenneth Evans further declares, under the penalty of perjury, under the laws of the united States of America, that  Ralph Kenneth Evans is not a United States citizen nor a citizen of the united States.   Ralph Kenneth Evans was born in Picken County, Jasper, Georgia is a Citizen of the Government of God, Philippians 3:20; and a Citizen of the Sovereign Republican State wherein I reside, and further declares that all foreign commercial financial instruments, including the foreign counterfeit "dollars", Federal Reserve Notes, put upon the American people by fraud and theft; used by Ralph Kenneth Evans are and have been used "Without Recourse" since they are bad checks; and passed non-assumpsit of any contractual offers, and with all rights reserved without prejudice.

5.     You and your agents and Does 1 through 10,000 are released from your power of appointment over Ralph Kenneth Evans.  Our contractual relationship is terminated.  Physical cancellation of documents in your possession containing my name is demanded with the

95156    4269

exception of this document.

6.      Your certificate(s) of beneficial interest, if applicable, are enclosed in exchange for the return of my rights of ownership/control over my labor and my other property rights.  Lawful Ownership and Control over my Labor and other property is claimed for the consideration of having paid my labor for such lawful ownership/control and by conquer.

7.      Demand is made that you and your agents and Does 1 through 10,000 immediately cease and desist from the infringing and trespass upon my God given unalienable rights secured by our Superior Law of the Land, the Constitution of the United States of America~ Article X.  The powers not delegated to the United States, nor to the State, lawfully by Constitutional Contract, belong to "We the People".

8.      Declaration of Independence: The undersigned does hereby declare independence from all mere corporate agencies of government and from interstate commercial regulatory powers to which the undersigned was conned into by FRAUD and MISREPRESENTATION.

9.      All benefits from mere corporate entities of government are waived and/or forfeited.  A refund of funds extorted from the undersigned by fraud is demanded.

10.    NOTICE AT LAW:  The undersigned is functioning according to the course of the common law in the Republican Form of Government, an unalienable right from God, secured by Constitutional Law and exercised by the undersigned as an unalienable right, Article X, United States of America Constitution to wit: Whatever rights not delegated to the United States, nor to the States, those rights are reserved to "We the People".

11.    As a public hireling servant, you were sworn to uphold our constitutional law as the Supreme Law of the Land. please do so, and conduct yourself accordingly or resign from office.

If anyone has information that would controvert and overcome  this Affidavit Statement, please advise me IN AFFIDAVIT FORM by writing WITHIN 30 DAYS from receipt hereof a counteraffidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to and tacit approval of, the factual declarations herein being established as fact as a matter of law.

I do understand the liabilities for making false statements and do accept all liability for my acts. (Briscoe v. LaHue 460 U.S. 325)  If there is anyone being damaged by any statement herein, if he will inform me by facts, I will sincerely make every effort to amend my ways. I reserve my unalienable right to amend this Affidavit as necessary at times and places of my own choosing, according as new facts and revelations are made available to me at various future times and places as yet unknown, and as yet to be determined, in order that the truth may be ascertained.  May the will of the Heavenly Father be done on earth as it is in heaven. (Matthew 6:10)

95193  04270

The use of a notary on this document does not constitute any adhesion, nor does it alter my status in any manner.

Dated this the 29th day of September, in the year of our Lord and Savior, Jesus Christ, Nineteen Hundred Ninety Five.

Explicitly Reserving All Rights,

*Ralph Kenneth Evans*

Ralph Kenneth Evans, Free Sovereign, Sui Juris

NOTARY

County of Dallas    §
                §
State of Texas     §

On this the 29th day of September, 1995, Ralph Kenneth Evans did appear before me the undersigned Notary Public, and is known to me or who did provide proper identification, and did sign this Release of Power of Appointment and Termination of trusteeship in my presence.

*Diane Leslie*

Notary Public

My Commission Expires: _____



# The State of Texas



### Carlos H. Cascos
### Secretary of State

Executive Division
P.O. Box 12697
Austin, Texas 78711-2060

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

July 7, 2015

Ralph-Kenneth family of Evans
171 P.R. 5710
Grand Saline, TX 75140

*Sent via First Class Mail and e-mail*

Dear Sir:

This letter is in response to your request for information, which was forwarded to the Office of the Texas Secretary of State (the "Office") for response. Please be advised that the Office is the filing officer for documents relating to the formation of Texas for-profit, nonprofit and professional corporations, professional associations, limited liability companies, and limited partnerships and the registration documents for domestic and foreign limited liability partnerships and foreign filing entities under the Texas Business Organizations Code and other business organization statutes. These formation and registration documents are filed with the Corporations Section of the Business & Public Filings Division of the Office of the Texas Secretary of State. Consequently, the searches performed in responding to your request were performed by performing a search of the database of business entities filed or registered with the Corporations Section of this office. A diligent search of the records maintained by the Corporations Section of the Business & Public Filings Division of the Office of the Texas did not retrieve any record of a corporation on file by the name of STATE BAR OF TEXAS. Consequently, there are no records responsive to your request.

In addition, please note that the public corporation known as the State Bar of Texas was created by House Bill No. 74, titled the State Bar Act of 1939. (*See, e.g.,* https://www.texasbar.com/AM/Template.cfm?Section=Table_of_Contents&Template=/CM/Con ContentDisp.cfm&ContentID=25602.) Please note that Section 552 of the Texas Government Code (the "PIA") neither requires us to research legislation that initially created the public corporation known as the State Bar of Texas nor research the various bills that may have been passed through the years to amend that initial legislation. Since you reference Section 81.011 of the Texas Government Code in your request, attached are certain pages from the Enrolled Version of Senate Bill 895, passed during the 70th Regular Session of the Texas Legislature, which enacted Chapter 81 (including Section 81.011) of the Texas Government Code.

Sincerely,

Office of the Texas Secretary of State

Encl.

[CHAPTER 651.]

### AN ACT

To give the Supreme Court of the United States authority to make and publish
rules in actions at law.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Supreme Court of the United States shall have the power to prescribe, by general rules, for the district courts of the United States and for the courts of the District of Columbia, the forms of process, writs, pleadings, and motions, and the practice and procedure in civil actions at law. Said rules shall neither abridge, enlarge, nor modify the substantive rights of any litigant. They shall take effect six months after their promulgation, and thereafter all laws in conflict therewith shall be of no further force or effect.

SEC. 2. The court may at any time unite the general rules prescribed by it for eases in equity with those in actions at law so as to secure one form of civil action and procedure for both: *Provided, however.* **That in such union of rules the right of trial by jury as at common law and declared by the seventh amendment to the Constitution shall be preserved to the parties inviolate.** Such united rules shall not take effect until they shall have been reported to Congress by the Attorney General at the beginning of a regular session thereof and until after the close of such session.

Approved, June 19, 1934.



FILED

AUG 1 7 2015

Grand Saline Municipal Court

# Texas Transportation Code 201.904 – Speed Signs

Current as of: 2014 | *Check for updates* | *Other versions*

The department shall erect and maintain on the highways and roads of this state appropriate signs that show the maximum lawful speed for commercial motor vehicles, truck tractors, truck trailers, truck semitrailers, and motor vehicles engaged in the business of transporting passengers for compensation or hire (buses).

FILED

AUG 1 7 2015

Grand Saline Municipal Court

# TEX TN. CODE ANN. § 521.027 : Texas Statutes – Section 521.027: PERSONS EXEMPT FROM LICENSE REQUIREMENT

Search by Keyword or Citation

[                    ]        Search

0 35

The following persons are exempt from the license requirement imposed under this chapter:

(1) a person in the service of the state military forces or the United States while the person is operating an official motor vehicle in the scope of that service;

(2) a person while the person is operating a road machine, farm tractor, or implement of husbandry on a highway, unless the vehicle is a commercial motor vehicle under Section 522.003;

(3) a nonresident on active duty in the armed forces of the United States who holds a license issued by the person's state or Canadian province of residence; and

(4) a person who is the spouse or dependent child of a nonresident exempt under Subdivision (3) and who holds a license issued by the person's state or Canadian province of residence.

Acts 1995, 74th Leg., ch. 165, Sec. 1, eff. Sept. 1, 1995.

FILED

AUG 1 7 2015

Grand Saline Municipal Court

See the attached Texas adm. code

## CORPORATIONS

1 TAC § 79.31

### § 79.31. Characters of Print Acceptable in Names

(a) Entity names may consist of letters of the Roman alphabet, Arabic numerals, and certain symbols capable of being reproduced on a standard English language typewriter, or combination thereof.

(b) **Only upper case or capitol letters, with no distinction as to type face or font, will be recognized.**

(c) Arabic numerals include 0, 1. 2. 3, 4, 5, 6, 7, 8, and 9.

(d) The symbols recognized as part of a name may include ! " $ % ' ( ) * ? # = @ [ ] / + & and - .

Source: The provisions of this §79.31 adopted to be effective January 1, 1976: amended to be effective September 15, 1981, 6 TexReg 3249; amended to be effective January 2, 1992, 16 TexReg 7469.

Yes, that above is a duplication Of the entire 1 TAC § 79.31

FILED

AUG 1 7 2015

Grand Saline Municipal Court

# TEX TN. CODE ANN. § 522.003 : Texas Statutes – Section 522.003: DEFINITIONS

(3) "Commercial driver's license" means a license issued to an individual that authorizes the individual to drive a class of commercial motor vehicle.

(4) "Commercial driver learner's permit" means a commercial driver's license that restricts the holder to driving a commercial motor vehicle as provided by Section 522.011(a)(2)(B).

(5) "Commercial motor vehicle" means a motor vehicle or combination of motor vehicles used to transport passengers or property that:

(A) has a gross combination weight rating of 26,001 or more pounds, including a towed unit with a gross vehicle weight rating of more than 10,000 pounds;

(B) has a gross vehicle weight rating of 26,001 or more pounds;



FILED

AUG 1 7 2015

Grand Saline Municipal Court

D RODNEY GIBSON
JUDGE OF THE PROBATE COURT
PICKENS COUNTY COURTHOUSE
50 NORTH MAIN STREET, SUITE 203
JASPER, GEORGIA 30143
706-253-8757



FILED

AUG 1 7 2015

Grand Saline Municipal Court

# CERTIFICATE OF BIRTH

### GEORGIA DEPARTMENT OF PUBLIC HEALTH
### BUREAU OF VITAL STATISTICS

1. PLACE OF BIRTH — Registered No. _9_

County _Pickens_   Militia District (Number and Name) _1101 Jerusalem_   State of Georgia

City or Town _Jasper Ga_   Ward _____   NON-RESIDENT (Yes or No) _yes_

Street and Number (No.) _____ (Street) _____ (If birth occurred in hospital or institution, give its name instead of street and number)

2. FULL NAME OF CHILD _Ralph Kenneth Evans_
((If not yet named, leave space blank))

| 3. SEX | 6. LEGITIMATE? (Are parents married?) | 7. BORN |
|---|---|---|
| _male_ | _yes_ | _alive_ on _Aug 13_ 19_38_ at _11:00_ _A_ M (Month, Day, Year) (Hour) |

4 and 5. If plural birth indicate with check (v) whether twin, triplet or quadruplet, also give order of birth. TWIN No. (1 or 2) _____ TRIPLET No. (1, 2 or 3) _____ QUADRUPLET No. (1, 2, 3, or 4) _____

**FATHER**

8. FULL NAME _Howard G. Evans_

9. RESIDENCE (P.O. Address) _Jasper Ga_

10. COLOR or RACE _White_   11. AGE at last birthday _25_ (years)

12. BIRTHPLACE (P.O. Address) _Fairmount Ga_

13a. Trade, profession or particular kind of work done, as spinner, sawyer, bookkeeper, etc. _Hammer_

13b. Industry or business in which work is done, as cotton mill, sawmill, bank, etc. _____

**MOTHER**

14. FULL MAIDEN NAME _Ruby Easterline Medlin_

15. RESIDENCE (P.O. Address) _Jasper Ga Rt 2_

16. COLOR or RACE _White_   17. AGE at last birthday _25_ (years)

18. BIRTHPLACE (P.O. Address) _Jasper Ga Rt 2_

19a. Trade, profession or particular kind of work done, as housekeeper, typist, nurse, clerk, etc. _Housekeeper_

19b. Industry or business in which work is done, as own home, lawyer's office, cotton mill, etc. _____

20. Number of children born alive to this mother, not counting this birth _2_   21. Number of children of this mother living, not counting this birth _1_   21a. Number of stillbirths of this mother, not counting this birth _____

(b) Was a one per cent solution of silver nitrate used in this baby's eyes as provided by law? (Yes or No) _____

### 22. CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE

I HEREBY CERTIFY, That I attended the birth of the above mentioned child who was born as stated in item (7).

**MIDWIFE**

(Signed) _Mrs S J Darn_ Midwife

(Address) _Jasper Ga_

(Date) _Aug 13_ 19_38_

(Given name of child added from a supplemental report)

(Date) _____ 19___

(Signed) _____ (Registrar)

**PHYSICIAN**

(Signed) _____ M.D.

(Address) _____

(Date) _____ 19___

FILED: Date _Aug 30_ 19_38_

(Signed) _J J Medlin_ (Local Registrar)

---

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF HUMAN RESOURCES. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 290-1-3 DHR RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN,
GEORGIA STATE OFFICE OF VITAL RECORDS.

County Custodian: _D Rodney Gibson_
Issued by: _____
Date issued: _Jan 5 2009_

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED

WRITE PLAINLY WITH UNFADING INK—THIS IS A PERMANENT RECORD.

N. B.—In case of twins, triplets, etc., a separate Certificate must be filed for each child. A stillbirth must be reported as both a birth and a death on a separate Certificate of birth and death. Report as stillbirths only those births that show no evidences of life whatever after birth and that have advanced to at least the fifth (5th) month of gestation.

V. S.-1

Copy.

TEX TN. CODE ANN. § 522.003 : Texas Statutes – Section 522.003:

(3) "Commercial driver's license" means a license issued to an individual that authorizes the individual to drive a class of commercial motor vehicle.

(4) "Commercial driver learner's permit" means a commercial driver's license that restricts the holder to driving a commercial motor vehicle as provided by Section 522.011(a)(2)(B).

(5) "Commercial motor vehicle" means a motor vehicle or combination of motor vehicles used to transport passengers or property that:

FILED

AUG 1 7 2015

Grand Saline Municipal Court